**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALISA GRISHMAN,<br><br>    Plaintiff,<br><br>v.<br><br>NORTH SHORE HOSPITALITY ASSOCIATES, L.P. d/b/a RESIDENCE INN BY MARRIOTT PITTSBURGH NORTH SHORE,<br><br>    Defendant. | Case No. 2:22-cv-01762-WSS |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Alisa Grishman hereby voluntarily dismisses with prejudice her claims against Defendant North Shore Hospitality Associates, L.P.

Dated: March 10, 2023

Respectfully submitted,

*/s/ R. Bruce Carlson*
R. Bruce Carlson
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com
(724) 730-1753

*Counsel for Plaintiff*